■ PLAYTOGS FACTORY OUTLET, INC., Appellant, v DEMBERG BROTHERS et al., Respondents. — Appeal from an order of the Supreme Court, Orange County (Green, J.), dated March 20, 1981, dismissed (see *Matter of Aho,* 39 NY2d 241, 248). Judgment of the same court entered June 10, 1981, affirmed (see *Port Chester Elec. Constr. Corp. v Atlas,* 40 NY2d 652; *Goodman-Marks Assoc. v Westbury Post Assoc.* 70 AD2d 145). Respondents are awarded one bill of $50 costs and disbursements. Mollen, P. J., Mangano, Brown and Rubin, JJ., concur.